FILED

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

2010 SEP 20 PM 2: 34

CLERK . . . . . . . . . .
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

RACHEL FANDINO,                          )
                                         )
                    Plaintiff,           )
                                         )            3: 10-cv-855-9-34TEM
vs.                                      )            CIVIL ACTION NO:_____
                                         )
GC SERVICES LIMITED                      )
PARTNERSHIP-DELAWARE,                    )
                                         )
                    Defendants.          )

### NOTICE OF REMOVAL

**TO:  THE JUDGES OF THE UNITED STATES DISTRICT COURT
       FOR THE MIDDLE DISTRICT OF FLORIDA**

The Notice of Removal of Defendant GC Services Limited Partnership. respectfully shows as follows:

1.      On or about the 25th day of August, 2010, an action was commenced against the above-named defendant in the Fourth Judicial County Civil Court of Duval County, Florida, entitled ***Rachel Fandino v. GC Services Limited Partnership-Delaware***, Case No. 16-2010-CC-010755-XXXX-MA by filing a Summons and Complaint with the County Clerk of Courts, a copy of which is annexed hereto as Exhibit A.

2.      The aforesaid Summons and Complaint was served via process server on the registered agent for GC Services Limited Partnership (hereinafter "GC Services") and received on August 30, 2010.  GC Services' current responsive pleading date is September 20, 2010, pursuant to Rules 1.090(a) and 1.140(a)(1) of the Florida Rules of Civil Procedure.

3.     The time for the filing of GC Services' responsive pleading has not yet expired. No further proceedings have been had herein.

4.     Based upon the allegations in the Complaint, the above-captioned action is a civil suit of which this Court has original jurisdiction under 28 U.S.C. § 1331.

5.     The Plaintiff's Complaint includes claims under the Federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*, and the Florida Consumer Collection Practices Act, § 559.72, F.S., et seq.,

6.     15 U.S.C. § 1692 *et seq.* is a federal act, which provides that a consumer can file a civil action when alleged unlawful debt collection practices have been used against him by a collector of debt.

7.     Pursuant to 28 U.S.C. § 1331, the Court has original jurisdiction over this matter as Plaintiffs' claim under 15 U.S.C. § 1692 *et seq.* arises under the laws of the United States. Additionally, this Court also has supplemental jurisdiction over all other related claims pursuant to 28 U.S.C. § 1367(a). Moreover, the Plaintiffs; state law claims do not raise novel or complex issues of State law or predominate over the 15 U.S.C. § 1692 *et seq.* claim.

8.     Removal of this action to this Court is permissible under the provisions of 28 U.S.C. § 1441 in that it is a civil action founded on a claim or right arising under the laws of the United States. Furthermore, the state causes of action are so related to the claim under 15 U.S.C. § 1692 *et seq.* that they form part of the same case or controversy under Article III of the United States Constitution.

9.     Removal is timely under 28 U.S.C. §1446(b) as thirty (30) days have not elapsed since GC Services first received a copy of the Complaint.

2

10.     In accordance with 28 U.S.C. §1446(d), written notice of the filing of this removal notice will be given to Plaintiff and will be filed with the Fourth Judicial County Civil Court of Duval County, Florida, following the filing of this notice.

11.     In submitting this Notice of Removal, GC Services reserves all defenses, including lack of personal jurisdiction.

**WHEREFORE**, Defendant GC Services Limited Partnership requests that the above action now pending against it in the Fourth Judicial County Civil Court of Duval County, Florida, be removed to the United States District Court For The Middle District of Florida.

Dated this 20th day of September, 2010.

Respectfully submitted,

GC SERVICES LIMITED PARTNERSHIP

By its Attorneys,

Glenn Banner, Esquire
Florida Bar No. 620254
Hinshaw & Culbertson LLP
50 N. Laura Street, Suite 2200
Jacksonville, Florida 32202
904-359-9620
904-359-9640 – Fax
gbanner@hinshawlaw.com
*Attorneys for Defendant GC Services Limited Partnership*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. Mail on September 20, 2010 to:

Brian  P. Parker
Law Offices of Brian P. Parker, P.C.
30700 Telegraph Road, Suite 1580
Bingham Farms, MI  48025
*Counsel for Plaintiff*

_____*/s/ Glenn Banner*_____
Glenn Banner, Esquire

4

## RACHEL FANDINO 16-2010-CC-010755-XXXX-MA

**Division: CC-H**
**Clerk File Date: 08/20/2010**

**Fee's / Fines: $0.00**

### Party(s)

| Full Name | Party Type | Sex | Race | DOB | License # | Address | Party Attorney |
|-----------|-----------|-----|------|-----|-----------|---------|----------------|
| FANDINO, RACHEL | PLAINTIFF | | | | | | PARKER, BRIAN P. LAW OFFICES OF BRIAN P. PARKER 30700 TELEGRAPH RD., STE. 1580 BINGHAM FARMS, MI 48025 (248) 6426268 |
| GC SERVICES LIMITED PARTNERSHIP-DELAWARE, | DEFENDANT | | | | | | |

### Case Fee(s)

| Effective Date | Description | Amount | Paid | Balance | In Collections |
|----------------|-------------|--------|------|---------|----------------|
| 08/23/2010 | CO/CNTYCIV | $310.00 | $310.00 | $0.00 | |
| 08/23/2010 | COPY FEE/CERTIFICATION FEE | $1.00 | $1.00 | $0.00 | |

### Court Event(s)

No Court Events

### Docket(s)

| Image | Effective Date | Count | Description |
|-------|----------------|-------|-------------|
| | 8/20/2010 | | CIVIL COMPLAINT - NOT OTHERWISE CODED |
| 🖼 | 8/20/2010 | | COVER SHEET |
| 🖼 | 8/20/2010 | | COMPLAINT |
| 🖼 | 8/23/2010 | | CASE FEES PAID: $311.00 ON RECEIPT NUMBER 1081578 |
| | 8/25/2010 | | SUMMONS ISSUED |
| 🖼 | 9/13/2010 | | SUMMONS RETURNED INDICATING SERVICE 9-9-2010 |



EXHIBIT

A

**Form 1.997.   Civil Cover Sheet**

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings of other papers as required by law. This form is required for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to Florida Statue 25.075. (See instructions on the reverse of the form).

## I. CASE STYLE

4ᵗʰ JUDICIAL COURT IN AND FOR
DUVAL COUNTY FLORIDA

| | | |
|---|---|---|
| Plaintiff | RACHEL FANDINO | Case #  16-  2010 -CC- 0 1 0 7 5 5  -XXXX- |
| | | Judge:_____ |
| vs | | |
| Defendant | GC SERVICES LIMITED PARTNERSHIP-DELAWARE | |

**FILED**

AUG 2 0 2010

*[signature]*

CLERK CIRCUIT COURT

## II. TYPE OF CASE

(Place an x in one box only. If the case fits more than one type of case select the most definitive)

| Domestic Relations | Torts | Other |
|---|---|---|
| Civil | | |

**Civil**

_____ Simplified Dissolution

_____ Dissolution

_____ Support- IV- D

_____ Support- Non-IV-D

_____ UIFSA- IV- D

_____ Domestic Violence

_____ Other Domestic Relations

_____  Professional Malpractice
_____  Contracts

_____  Auto Negligence
_____  Real Property/ Mortgage
Foreclosure

_____  Other Negligence
_____  Eminent Domain

_____  Challenge to proposed
constitutional amendment

__X__  Other

## III. Is Jury Trial Demanded in Complaint?

__X__  Yes                    _____  No

DATE:  August 19, 2010                    Signature of Attorney for Party for Party Initiating

Action_____



**JIM FULLER**

CLERK OF THE CIRCUIT AND COUNTY COURTS
JACKSONVILLE, DUVAL COUNTY, FLORIDA

**RECEIPT**
1081578

Printed on:
08/23/2010  11:55 AM
Page 1 of 1

| Receipt Number: 1081578  - Date  08/23/2010    Time  11:55 AM | | | |
|---|---|---|---|
| **Received of:** | Collcectionfighters.com, Inc. | | |
| **Cashier #:** | bennettrl | **Balance Owed:** | 311.00 |
| **Cashier Location:** | County Civil | **Total Amount Paid:** | 311.00 |
| **Receipt ID:** | 4156081 | **Remaining Balance Owed:** | 0.00 |
| **Division:** | CC-H (Civil) | | |

| Case# 16-2010-CC-010755-XXXX-MA -- Plaintiff: | | | |
|---|---|---|---|
| **Item** | **Balance** | **Paid** | **Bal Remaining** |
| Fees | 311.00 | 311.00 | 0.00 |
| **Case Total** | **311.00** | **311.00** | **0.00** |

| Payments: | | |
|---|---|---|
| **Type:** | **Ref#:** | **Amount:** |
| CHECK | 1277 | 311.00 |
| **Total Received** | | **311.00** |
| **Total Paid** | | **311.00** |

## The Clerk of Courts is here to help you.

| | | |
|---|---|---|
| **We can be found online at:** | http://www.duvalclerk.com | |
| **in person at:** | Duval County Courthouse 330 East Bay Street, Room 103 Jacksonville, Florida 32202 | |
| **most often requested phone numbers:** | Main Number | 904-630-2028 |
| | Circuit Court - Felony | 904-630-2065 |
| | Circuit Court - Civil | 904-630-2031 |
| | Circuit Court - Juvenile | 904-630-2072 |
| | Circuit Court - Probate | 904-630-2053 |
| | County - Misdemeanor | 904-630-2070 |
| | County - Traffic | 904-630-5100 |
| | Domestic Violence | 904-630-7514 |
| **most often requested location:** | Courthouse Annex 1543 Atlantic Blvd. Neptune Beach, Florida 32266 | |

**DIV. H**

IN THE COUNTY CIVIL COURT OF THE
4th JUDICIAL COURT IN AND FOR
DUVAL COUNTY FLORIDA
CIVIL DIVISION
CASE NO:

**RACHEL FANDINO,**

    Plaintiff,

16- 2010-CC- 0 1 0 7 5 5        -XXXX-MA

v

**GC SERVICES LIMITED PARTNERSHIP-DELAWARE,**

    Defendant.

**FILED**

SEP 13 2010

CLERK CIRCUIT COURT

## CIVIL ACTION SUMMONS

STATE OF FLORIDA:
To Each Sheriff of Said State:

YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint or Petition in this action on Defendant:

**GC SERVICES LIMITED PARTNERSHIP-DELAWARE**
RA: The Corporation Company
30600 Telegraph Rd. Ste 2345
Bingham Farms, MI 48025

Each Defendant is required to serve written defenses to the Complaint of Petition on Plaintiff's attorney, to BRIAN PARKER, whose address is:

            30700 Telegraph Road, Suite 1580
            Bingham Farms, MI 48025

Within 20 days after service of this Summons on that Defendant, exclusive of the date of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petition.

EACH SHERIFF OF THE STATE:

        YOU ARE HEREBY COMMANDED to serve the Summons and a copy of the Complaint in this lawsuit on the above-named Defendant. **AUG 2 5 2010**

        Dated this_____ Day of _____ 20___.

                        Clerk of the County Civil Court

                    **MALYNDA M. CHAPMAN**
            By:_____
                        Deputy Clerk



# RETURN OF SERVICE

A copy of the summons and complaint has been served upon the defendant in the manner indicated below:

Name of Defendant served: _GC Services Limited Partnership Delaware_

Date of service: _8.30.10_

**Method of Service**

☑ Personally served at this address: _VA: The Corp Co, 30600 Telegraph Rdy Str. 2345, Bingham Farms, MI 48025_

☐ Left copies at the defendant's usual place of abode with (name of person): _____

At this address: _____

☐ Other (please specify): _____

Service fees:   Travel $ _____   Service $ _____   Total $ _____

_I declare under the penalty of perjury that the information contained in this Return of Service_

_9.9.10_
**Date**

_Brian P. Parker_
**Signature of server**

**Server's printed name**

**Server's address**
Law Offices of Brian P. Parker, P.C.
30700 Telegraph Road, Suite 1580
Bingham Farms, MI 48025
www.collectionstopper.com