**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

RACHEL FANDINO,

                  Plaintiff,

vs.                                        Case No.  3:10-cv-855-J-34TEM

GC SERVICES LIMITED PARTNERSHIP-
DELAWARE,

                  Defendant.
_____/

**ORDER OF DISMISSAL**

      This matter is before the Court on the Stipulation and Order of Dismissal With Prejudice and Without Costs (Dkt. No. 16; Stipulation) filed on October 14, 2011.  In the Stipulation, the parties seek dismissal of this matter with prejudice.  <u>See</u> Stipulation at 1.  Accordingly, it is hereby **ORDERED**:

      1.      This case is **DISMISSED with prejudice**.

      2.      Each party shall bear its own attorney's fees and costs.

3.      The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 17th day of October, 2011.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record